UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM F. CARADINE/ASSABUR,
ADC #90785                                                                          PLAINTIFF

v.                        Case No. 4:11-cv-663-DPM

KYLE STORY and GREG SMITHSON                                    DEFENDANTS

JUDGMENT

William F. Caradine Assabur's complaint is dismissed without prejudice. The Court certifies an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

_____
D.P. Marshall Jr.
United States District Judge

13 September 2011